| 1/27/2009 | Gierum & Mantas | | |
|---|---|---|---|
| 2:04 PM | Pre-bill Worksheet | | Page 1 |

## Selection Criteria

| Clie.Selection | Include: TVOAcq1.001 |
|---|---|

| Nickname | TVOAcq1.001 | 100968 |
|---|---|
| Full Name | TVO Acquisitions, d/b/a John Gillen Company |
| Address | |
| Phone | Fax |
| Home | Other |
| In Ref To | Chapter II |
| Fees Arrg. | By billing value on each slip |
| Expense Arrg. | By billing value on each slip |
| Tax Profile | Exempt |
| Last bill | 1/26/2009 |
| Last charge | 1/23/2009 |
| Last payment | 1/31/2008   Amount   $1,550.80 |

| Date<br>ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 7/17/2007<br>26121 | John<br>time charges<br>File Monthly Operating Report | 400.00 | 0.20 | 80.00 | Billable |
| 7/17/2007<br>26120 | John<br>time charges<br>Telephone conference with Susan and Tom O'Neill regarding status and in particular PBGC - collecting data | 400.00 | 0.20 | 80.00 | Billable |
| 7/24/2007<br>26164 | John<br>time charges<br>In Court regarding status of case - reset later date | 400.00 | 2.00 | 800.00 | Billable |
| 8/27/2007<br>26865 | John<br>time charges<br>Prepare Operating Report for filing July | 400.00 | 0.20 | 80.00 | Billable |
| 8/30/2007<br>26890 | John<br>time charges<br>File July operating report | 400.00 | 0.10 | 40.00 | Billable |
| 9/20/2007<br>26981 | John<br>time charges<br>File August 07 Operating Report | 400.00 | 0.20 | 80.00 | Billable |
| 10/17/2007<br>27122 | John<br>time charges<br>File September 07 operating report | 400.00 | 0.20 | 80.00 | Billable |
| 10/30/2007<br>27187 | John<br>time charges<br>Telephone conference with Tom O'Neill regarding status in detail and 11/14 court date | 400.00 | 0.20 | 80.00 | Billable |

(Handwritten "A" marks next to each entry)

EXHIBIT 1

1/27/2009  
2:04 PM

Gierum & Mantas  
Pre-bill Worksheet

Page   2

TVOAcq1.001:TVO Acquisitions, d/b/a John Gillen Company (continued)

| | Date<br>ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|---|
| A | 11/4/2007<br>27213 | John<br>time charges<br>Prepare three Applications to Pay Greenberg and related | 400.00 | 1.00 | 400.00 | Billable |
| A | 11/4/2007<br>27216 | John<br>time charges<br>Work on G&M Fee Petition and related | 400.00 | 2.50 | 1,000.00 | Billable |
| A | 11/7/2007<br>27232 | John<br>time charges<br>Execute and send out 2 fee petitions and file same | 400.00 | 1.00 | 400.00 | Billable |
| A | 11/12/2007<br>27255 | John<br>time charges<br>Telephone conference with O'Neill regarding extras and US Trustee quarterly - ok not pay; Telephone conference with David Strosnider - left message | 400.00 | 0.30 | 120.00 | Billable |
| A | 11/13/2007<br>27277 | John<br>time charges<br>Follow up telephone conference with Tom regarding court tomorrow | 400.00 | 0.10 | 40.00 | Billable |
| L | 11/13/2007<br>27267 | John<br>time charges<br>Telephone conference with Strosnider regarding PBGC status and options in depth | 400.00 | 0.30 | 120.00 | Billable |
| A | 11/14/2007<br>27278 | John<br>time charges<br>In Court regarding status - continued to 1/9/08 | 400.00 | 1.50 | 600.00 | Billable |
| A | 11/20/2007<br>27307 | John<br>time charges<br>Prepare November Operating Report for filing | 400.00 | 0.30 | 120.00 | Billable |
| A | 11/20/2007<br>27311 | John<br>time charges<br>Telephone conference with client regarding status in depth | 400.00 | 0.20 | 80.00 | Billable |
| A | 11/21/2007<br>27317 | John<br>time charges<br>File 10/07 Operating Report | 400.00 | 0.20 | 80.00 | Billable |
| L | 11/27/2007<br>27344 | John<br>time charges<br>Telephone conference with Strosnider and do letter regarding status | 400.00 | 0.20 | 80.00 | Billable |
| A | 11/28/2007<br>27353 | John<br>time charges<br>Two telephone conferences with Cohen regarding cover court and receive order - cut checks and send copies out | 400.00 | 1.00 | 400.00 | Billable |

| 1/27/2009 | Gierum & Mantas | |
| 2:04 PM | Pre-bill Worksheet | Page 3 |

TVOAcq1.001:TVO Acquisitions, d/b/a John Gillen Company (continued)

| Date<br>ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| A | 12/10/2007 John<br>27619 time charges<br>Telephone conference with Susan G. ad fax fee order to her | 400.00 | 0.20 | 80.00 | Billable |
| L | 12/13/2007 John<br>27647 time charges<br>Telephone conference with client Brad Rogers regarding status of PBGC position | 400.00 | 0.20 | 80.00 | Billable |
| A | 12/14/2007 John<br>27653 time charges<br>Prepare November 2007 Operating Report for filing and respond to status email with O'Neill | 400.00 | 0.50 | 200.00 | Billable |
| A | 12/15/2007 John<br>27661 time charges<br>File 11/07 Operating Report | 400.00 | 0.20 | 80.00 | Billable |
| A | 12/20/2007 John<br>27704 time charges<br>Telephone conference with attorney in Minnesota regarding settlement of claims against each others Ch. 11 | 400.00 | 0.50 | 200.00 | Billable |
| L | 1/2/2008 John<br>27751 time charges<br>Two telephone conferences with Tom O'Neill regarding Strosnider issue | 400.00 | 0.20 | 80.00 | Billable |
| L | 1/3/2008 John<br>27759 time charges<br>Telephone conference with Gensberg regarding Strosnider status and case status - he to follow up | 400.00 | 0.20 | 80.00 | Billable |
| L | 1/3/2008 John<br>27765 time charges<br>Telephone conference with Brad Rogers regarding status and position for court next week | 400.00 | 0.30 | 120.00 | Billable |
| L | 1/7/2008 John<br>27791 time charges<br>Telephone conference with Rick Sirus regarding PBGC issue - he sent letter | 400.00 | 0.20 | 80.00 | Billable |
| A | 1/7/2008 John<br>27784 time charges<br>Telephone conference with O'Neill regarding status - no need him in court on Wednesday | 400.00 | 0.10 | 40.00 | Billable |
| A | 1/9/2008 John<br>27801 time charges<br>In court in loop regarding case status and conference with Gretchen Silver | 400.00 | 3.00 | 1,200.00 | Billable |

1/27/2009  
2:04 PM

Gierum & Mantas  
Pre-bill Worksheet

Page 4

TVOAcq1.001:TVO Acquisitions, d/b/a John Gillen Company (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 1/15/2008 27845 | John time charges Telephone conference with Brad Rogers and client regarding conference call and call back with Rogers to reschedule | 400.00 | 0.50 | 200.00 | Billable |
| 1/16/2008 27849 | John time charges Telephone conference with client to confirm new conference call time with PBGC | 400.00 | 0.10 | 40.00 | Billable |
| 1/17/2008 27861 | John time charges Telephone conference with bank Attorney Yuen regarding status | 400.00 | 0.10 | 40.00 | Billable |
| 1/17/2008 27868 | John time charges Receive/execute DDI settlement and return | 400.00 | 0.70 | 280.00 | Billable |
| 1/22/2008 27914 | John time charges Conference call with client, Brad Rogers and two PBGC analysts and follow up telephone conference with client | 400.00 | 0.50 | 200.00 | Billable |
| 1/30/2008 27955 | John time charges Telephone conference with Brad Rogers regarding 3 questions and locate and provide | 400.00 | 0.30 | 120.00 | Billable |
| 2/4/2008 27987 | John time charges Telephone conference with Tom O'Neill regarding status and latest with PBGC | 400.00 | 0.10 | 40.00 | Billable |
| 2/7/2008 28007 | John time charges Do fax to client regarding PBGC doc request from phone call with Brad Rogers | 400.00 | 0.20 | 80.00 | Billable |
| 2/13/2008 28064 | John time charges Conference with Gretchen Silver regarding status | 400.00 | 0.20 | 80.00 | Billable |
| 2/14/2008 28081 | John time charges File two Operating Reports online | 400.00 | 0.30 | 120.00 | Billable |
| 2/18/2008 28262 | John time charges Resend PBGC fax letter and telephone conference with client to discuss and work on options | 400.00 | 0.70 | 280.00 | Billable |

| 1/27/2009 | Gierum & Mantas | | |
|---|---|---|---|
| 2:04 PM | Pre-bill Worksheet | | Page 5 |

TVOAcq1.001:TVO Acquisitions, d/b/a John Gillen Company (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 2/20/2008 28278 | John time charges Telephone conference with Brad Rogers; Telephone conference with client and work on number proposal | 400.00 | 0.70 | 280.00 | Billable |
| 2/21/2008 28281 | John time charges Fax PBGC proposed draft to client | 400.00 | 0.20 | 80.00 | Billable |
| 2/25/2008 28317 | John time charges Two emails with Gretchen Silver regarding status and telephone conference with O'Neill regarding PBGC letter | 400.00 | 0.50 | 200.00 | Billable |
| 2/27/2008 28325 | John time charges In Court regarding status - continued and draft order and fax to US Trustee; Telephone conference with court clerk and email order | 400.00 | 4.00 | 1,600.00 | Billable |
| 3/10/2008 28395 | John time charges Return telephone conference with client - left message | 400.00 | 0.10 | 40.00 | Billable |
| 3/13/2008 28416 | John time charges Telephone conference with Brad Rogers regarding status - answer next week | 400.00 | 0.20 | 80.00 | Billable |
| 3/15/2008 28475 | John time charges Prepare February 2008 Operating Report for filling | 400.00 | 0.10 | 40.00 | Billable |
| 3/18/2008 28506 | John time charges Work on Operating Report Summary | 400.00 | 0.30 | 120.00 | Billable |
| 3/20/2008 28531 | John time charges Extensive telephone conference with Brad Rogers regarding status | 400.00 | 0.30 | 120.00 | Billable |
| 3/25/2008 28556 | John time charges Telephone conference with Tom O'Neill regarding status of PBGC | 400.00 | 0.10 | 40.00 | Billable |
| 4/4/2008 28860 | John time charges Do email to client regarding PBGC issues | 400.00 | 0.20 | 80.00 | Billable |
| 4/9/2008 28884 | John time charges In court regarding status | 400.00 | 2.00 | 800.00 | Billable |

Handwritten margin annotations (top to bottom): L, L, A, P, A, L, A, A, L, A, A, P

| | | | | | |
|---|---|---|---|---|---|
| 1/27/2009 | | Gierum & Mantas | | | |
| 2:04 PM | | Pre-bill Worksheet | | | Page    6 |

TVOAcq1.001:TVO Acquisitions, d/b/a John Gillen Company (continued)

| | Date<br>ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|---|
| A | 4/16/2008<br>28936 | John<br>time charges<br>Prepare Operating Report for filing | 400.00 | 0.10 | 40.00 | Billable |
| A | 4/17/2008<br>28946 | John<br>time charges<br>Review client fax and telephone conference with client - left message | 400.00 | 0.20 | 80.00 | Billable |
| L | 4/21/2008<br>28968 | John<br>time charges<br>Telephone conference with O'Neill with PBGC and draft new offers | 400.00 | 0.50 | 200.00 | Billable |
| L | 4/23/2008<br>28983 | John<br>time charges<br>Telephone conference with Brad Rogers regarding respond to offer | 400.00 | 0.10 | 40.00 | Billable |
| A | 5/15/2008<br>29119 | John<br>time charges<br>Receive/prepare April Operating Report for filing | 400.00 | 0.30 | 120.00 | Billable |
| A | 5/18/2008<br>29135 | John<br>time charges<br>Review US Trustee request and file three Operating Reports and do fax to client | 400.00 | 0.50 | 200.00 | Billable |
| L | 5/20/2008<br>29177 | Bill<br>time charges<br>Telephone conference with Brad Rogers regarding deal ok | 185.00 | 0.10 | 18.50 | Billable |
| A | 5/21/2008<br>29182 | John<br>time charges<br>Do email to Gretchen regarding status; Telephone conference with client | 400.00 | 0.20 | 80.00 | Billable |
| A | 5/29/2008<br>29237 | John<br>time charges<br>Do status email to Gretchen Silver | 400.00 | 0.10 | 40.00 | Billable |
| P | 5/30/2008<br>29248 | John<br>time charges<br>Work on Amended Plan and Disclosure Statement and Exhibit C | 400.00 | 2.00 | 800.00 | Billable |
| A | 5/30/2008<br>29247 | John<br>time charges<br>Telephone conference with Brad Rogers and Greenberg firm regarding status and court motion | 400.00 | 0.50 | 200.00 | Billable |
| A | 6/2/2008<br>29268 | John<br>time charges<br>Telephone conference with Susan regarding need 09 and revised 08 projections | 400.00 | 0.20 | 80.00 | Billable |

| 1/27/2009 | | Gierum & Mantas | | | |
| 2:04 PM | | Pre-bill Worksheet | | | Page 7 |

TVOAcq1.001:TVO Acquisitions, d/b/a John Gillen Company (continued)

| Date<br>ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 6/9/2008<br>29318 | John<br>time charges<br>Telephone conference with client regarding projections | 400.00 | 0.10 | 40.00 | Billable |
| 6/10/2008<br>29330 | John<br>time charges<br>Email to Gretchen regarding continued three weeks and telephone conference with Brad Rogers | 400.00 | 0.40 | 160.00 | Billable |
| 6/16/2008<br>29373 | John<br>time charges<br>Prepare May Operating Report for filing | 400.00 | 0.20 | 80.00 | Billable |
| 6/23/2008<br>29428 | John<br>time charges<br>Telephone conference with creditor regarding status of plan, etc. | 400.00 | 0.10 | 40.00 | Billable |
| 6/26/2008<br>29459 | John<br>time charges<br>Work on amended Plan and Disclosure regarding latest request of PBGC - split claim | 400.00 | 1.50 | 600.00 | Billable |
| 7/3/2008<br>29495 | John<br>time charges<br>Send out Plan and Disclosure Statement | 400.00 | 0.50 | 200.00 | Billable |
| 7/7/2008<br>29512 | John<br>time charges<br>Telephone conference with Brad Rogers and amend plan | 400.00 | 1.00 | 400.00 | Billable |
| 7/8/2008<br>29533 | John<br>time charges<br>Review and respond to Gretchen Silver's email | 400.00 | 0.30 | 120.00 | Billable |
| 7/10/2008<br>29547 | John<br>time charges<br>File May 2008 Operating Report | 400.00 | 0.10 | 40.00 | Billable |
| 7/14/2008<br>29684 | John<br>time charges<br>Prepare June Operating Report for filing | 400.00 | 0.10 | 40.00 | Billable |
| 7/15/2008<br>29689 | John<br>time charges<br>In Court regarding Plan status - set date for confirmation hearing | 400.00 | 3.00 | 1,200.00 | Billable |
| 7/16/2008<br>29707 | John<br>time charges<br>Work on Notice, Ballot, etc. for confirm hearing | 400.00 | 0.50 | 200.00 | Billable |

1/27/2009  
2:04 PM

Gierum & Mantas  
Pre-bill Worksheet

Page 8

TVOAcq1.001:TVO Acquisitions, d/b/a John Gillen Company (continued)

| | Date<br>ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|---|
| A | 7/22/2008<br>29750 | John<br>time charges<br>Telephone conference with Gretchen and draft order for Judge | 400.00 | 0.30 | 120.00 | Billable |
| A | 7/23/2008<br>29765 | John<br>time charges<br>Telephone conference with O'Neill regarding status and run new number | 400.00 | 0.30 | 120.00 | Billable |
| P | 7/25/2008<br>29778 | John<br>time charges<br>Locate order setting hearing and send all to printer after telephone conference with him regarding details | 400.00 | 0.70 | 280.00 | Billable |
| A | 7/30/2008<br>29803 | John<br>time charges<br>Telephone conference with O'Neill regarding plan provisions | 400.00 | 0.20 | 80.00 | Billable |
| P | 7/31/2008<br>29811 | John<br>time charges<br>Extended call with Tom O'Neill regarding Plan provisions in depth | 400.00 | 0.30 | 120.00 | Billable |
| A | 8/12/2008<br>30085 | John<br>time charges<br>Telephone conference with Tom O'Neill regarding bank issues ok | 400.00 | 0.20 | 80.00 | Billable |
| A | 8/14/2008<br>30128 | John<br>time charges<br>Prepare Operating Report for July for filing | 400.00 | 0.10 | 40.00 | Billable |
| A | 8/17/2008<br>30136 | John<br>time charges<br>File 2 Operating Reports | 400.00 | 0.20 | 80.00 | Billable |
| L | 8/27/2008<br>30229 | John<br>time charges<br>Telephone conference with Brad Rogers (2) regarding Motion and timing on termination | 400.00 | 0.30 | 120.00 | Billable |
| P | 8/28/2008<br>30244 | John<br>time charges<br>Telephone conference with Tom O'Neill regarding voting and case status | 400.00 | 0.20 | 80.00 | Billable |
| L | 9/8/2008<br>30422 | John<br>time charges<br>Draft Motion and Order Terminate and two telephone conferences with client regarding number of participants and telephone conference with actuary and Sirus | 400.00 | 2.00 | 800.00 | Billable |
| L | 9/10/2008<br>30434 | John<br>time charges<br>File Motion Distress Termination | 400.00 | 0.20 | 80.00 | Billable |

| 1/27/2009 | Gierum & Mantas | |
| 2:04 PM | Pre-bill Worksheet | Page  9 |

TVOAcq1.001:TVO Acquisitions, d/b/a John Gillen Company (continued)

| Date<br>ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 9/16/2008<br>30469 | John<br>time charges<br>Telephone conference with client regarding 60 days notice to union and two telephone conferences with Roger | 400.00 | 0.50 | 200.00 | Billable |
| 9/17/2008<br>30475 | John<br>time charges<br>Telephone conference with Brad Rogers and telephone conference with client regarding 60 day and receive Union letter and call to attorney - left message | 400.00 | 0.30 | 120.00 | Billable |
| 9/18/2008<br>30485 | John<br>time charges<br>Telephone conference with Brad Rogers regarding status and 9/30 activity scenario | 400.00 | 0.10 | 40.00 | Billable |
| 9/18/2008<br>30483 | John<br>time charges<br>Do fax to client regarding 60 days and telephone conference with Tom | 400.00 | 0.50 | 200.00 | Billable |
| 9/18/2008<br>30484 | John<br>time charges<br>Conference call with Union attorneys in Pittsburgh and Chicago regarding get time to make and advise client | 400.00 | 0.50 | 200.00 | Billable |
| 9/24/2008<br>30531 | John<br>time charges<br>Telephone conference with Brad Rogers regarding 9/30 court date | 400.00 | 0.20 | 80.00 | Billable |
| 9/29/2008<br>30553 | John<br>time charges<br>Telephone conference with Gretchen Silver and Tom O'Neill regarding status and various case issues | 400.00 | 0.50 | 200.00 | Billable |
| 9/30/2008<br>30558 | John<br>time charges<br>In court regarding Distress Termination and confirmation | 400.00 | 3.00 | 1,200.00 | Billable |
| 10/10/2008<br>30626 | John<br>time charges<br>Telephone conference with Sirus regarding all issues and need his input and telephone conference with Susan | 400.00 | 0.20 | 80.00 | Billable |
| 10/11/2008<br>30633 | John<br>time charges<br>Send 60 day notice to Sirus and letter to Yuen regarding fees | 400.00 | 0.20 | 80.00 | Billable |
| 11/6/2008<br>31179 | John<br>time charges<br>Telephone conference with Tom O'Neill regarding please ask Sirus | 400.00 | 0.10 | 40.00 | Billable |

| | | Gierum & Mantas | | | |
|---|---|---|---|---|---|
| 1/27/2009 | | Pre-bill Worksheet | | | |
| 2:04 PM | | | | Page | 10 |

TVOAcq1.001:TVO Acquisitions, d/b/a John Gillen Company (continued)

| | Date<br>ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|---|
| L | 11/7/2008<br>31180 | John<br>time charges<br>Telephone conference with O'Neill - call Sirus | 400.00 | 0.10 | 40.00 | Billable |
| A | 11/9/2008<br>31181 | John<br>time charges<br>File two Operating Reports | 400.00 | 0.30 | 120.00 | Billable |
| P | 11/12/2008<br>31182 | John<br>time charges<br>Telephone conference with client regarding Union issues and telephone<br>conference with David Jury - he to follow up | 400.00 | 0.20 | 80.00 | Billable |
| A | 11/13/2008<br>31183 | John<br>time charges<br>Telephone conference with client and review email and respond | 400.00 | 0.30 | 120.00 | Billable |
| A | 11/14/2008<br>31184 | John<br>time charges<br>Telephone conference with client regarding why cash flow is ok | 400.00 | 0.10 | 40.00 | Billable |
| A | 11/24/2008<br>31185 | John<br>time charges<br>Telephone conference with O'Neill and Dave Yuen - left message<br>regarding pay admin expenses | 400.00 | 0.20 | 80.00 | Billable |
| A | 11/24/2008<br>31186 | John<br>time charges<br>File most recent Operating Report | 400.00 | 0.10 | 40.00 | Billable |
| A | 11/26/2008<br>31187 | John<br>time charges<br>Two telephone conferences with O'Neill - he to get on bank | 400.00 | 0.20 | 80.00 | Billable |
| P | 12/1/2008<br>31188 | John<br>time charges<br>Telephone conference with client regarding bank situation and Sirus and<br>Rogers & Jury regarding court tomorrow | 400.00 | 0.70 | 280.00 | Billable |
| P | 12/2/2008<br>31189 | John<br>time charges<br>In Court on confirm and distress terminated and conference with attorney<br>for US Trustee, union and PBGC | 400.00 | 3.00 | 1,200.00 | Billable |
| A | 12/16/2008<br>31190 | John<br>time charges<br>File November Operating Report | 400.00 | 0.10 | 40.00 | Billable |

| 1/27/2009 | Gierum & Mantas | |
| 2:04 PM | Pre-bill Worksheet | Page 11 |

TVOAcq1.001:TVO Acquisitions, d/b/a John Gillen Company (continued)

| Date<br>ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 12/18/2008<br>31191 | John<br>time charges<br>Telephone conference with client and Jury regarding bank letters and union PBGC documents | 400.00 | 0.30 | 120.00 | Billable |
| 12/19/2008<br>31192 | John<br>time charges<br>Telephone conference with Sirus - left two messages | 400.00 | 0.10 | 40.00 | Billable |
| 12/22/2008<br>31193 | John<br>time charges<br>Telephone conference with Sirus - left message and telephone conference with him regarding term letter and fax bank letter and do Jury letter | 400.00 | 1.00 | 400.00 | Billable |
| 12/29/2008<br>31194 | John<br>time charges<br>Telephone conference with O'Neill regarding status PBGC, union, Sirus and bank loan | 400.00 | 0.20 | 80.00 | Billable |
| 12/30/2008<br>31195 | John<br>time charges<br>Telephone conference with Sirus regarding PBGC form and bank loan status | 400.00 | 0.10 | 40.00 | Billable |
| 1/7/2009<br>31196 | John<br>time charges<br>Telephone conference with Michelle Kauppila and locate and fax various documents to her; Telephone conference with client to advise | 400.00 | 0.50 | 200.00 | Billable |
| 1/13/2009<br>31197 | John<br>time charges<br>Telephone conference with Rogers regarding Form 600 and telephone conference with Jury regarding union status and two Gretchen emails | 400.00 | 0.50 | 200.00 | Billable |
| 1/14/2009<br>31325 | John<br>time charges<br>Conference with union attorney Brad Rogers and US Trustee regarding status and in court on all matters and DOF; Telephone conference with O'Neill to advise and draft Confirm Order, etc. | 400.00 | 3.80 | 1,520.00 | Billable |
| 1/19/2009<br>31326 | John<br>time charges<br>Telephone conference with client - union OK and send Order drafts out | 400.00 | 0.30 | 120.00 | Billable |
| 1/20/2009<br>31327 | John<br>time charges<br>Prepare Report of Balloting and file and send 2 orders to court clerk | 400.00 | 0.50 | 200.00 | Billable |

| 1/27/2009 | Gierum & Mantas | |
| 2:04 PM | Pre-bill Worksheet | Page   12 |

TVOAcq1.001:TVO Acquisitions, d/b/a John Gillen Company (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 1/22/2009 31328 | John time charges Telephone conference with Michelle at Greenberg regarding PBGC matters and actions and fax orders | 400.00 | 0.30 | 120.00 | Billable |
| 1/22/2009 31329 | John time charges Telephone conference with O'Neill regarding confirm entered and fax to Yuen and attempt call Yuen | 400.00 | 0.50 | 200.00 | Billable |
| 1/23/2009 31324 | John time charges Telephone conference with client and Yuen regarding OK to do loan information without court order | 400.00 | 0.30 | 120.00 | Billable |
| TOTAL | Billable Fees | | 67.30 | | $26,898.50 |

| Date ID | Attorney Expense | Price Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 9/19/2007 26726 | John Postage Postage | 1.48 | 76.000 | 112.48 | Billable |
| 11/7/2007 26727 | John Postage Postage | 0.75 | 76.000 | 57.00 | Billable |
| 8/1/2008 29658 | John Postage Postage - Notice of Combined Hearing | 2.19 | 77.000 | 168.63 | Billable |
| 8/12/2008 29836 | John Copies K & M Printing | 505.45 | 1.000 | 505.45 | Billable |
| 9/10/2008 29981 | John Postage Postage - Distress Motion | 0.59 | 26.000 | 15.34 | Billable |
| TOTAL | Billable Costs | | | | $858.90 |