IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| TVO ACQUISITION CORPORATION, | ) | Case No. 06-13035 |
| d/b/a John Gillen Company | ) | |
| | ) | Honorable Eugene R. Wedoff |
| Debtor. | ) | |

### ORDER AUTHORIZING PAYMENT OF ATTORNEY'S FEES

This matter before the Court on Motion of TVO ACQUISITION CORPORATION, d/b/a John Gillen Company, Debtor and Debtor in Possession, for authority to pay attorney's fees and expenses to David Strosnider, Greenberg Traurig, due notice having been given, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that TVO ACQUISITION CORPORATION, d/b/a John Gillen Company, Debtor and Debtor in Possession, is authorized and directed to pay attorney's fees of $2,449.00 and expenses of $28.94 to David Strosnider, Greenberg Traurig without further notice.

Dated: _____

ENTERED:

_____
Eugene R. Wedoff, Bankruptcy Judge

Prepared by:

John E. Gierum, Esq.
GIERUM & MANTAS
1030 West Higgins Road
Suite 220
Park Ridge, IL 60068
847/318-9130
Atty. No. 0951803