## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | IN PROCEEDINGS FOR |
| | ) | REORGANIZATION UNDER |
| TVO ACQUISITION CORPORATION, | ) | CHAPTER 11 OF THE |
| d/b/a John Gillen Company | ) | BANKRUPTCY CODE |
| | ) | |
| Debtor and | ) | Case No. 06-13035 |
| Debtor in Possession | ) | Honorable Eugene R. Wedoff |

### NOTICE OF MOTION

TO:   SEE ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that the undersigned will present Motion to Close Case before the Honorable Eugene R. Wedoff at the United States Bankruptcy Courthouse for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Courtroom 744, Chicago, Illinois, on the 18th day of February, 2009, at 10:00 a.m., a copy of which is attached hereto and herewith served upon you.

DEBTOR and DEBTOR IN POSSESSION

By: /s/ _____
One of its Attorneys

### CERTIFICATE OF SERVICE BY MAIL

I, JOHN E. GIERUM, certify under penalty of perjury that I served the above and foregoing Notice and Motion upon the above-named by placing true and complete copies of the same in sealed envelopes addressed as aforesaid, with proper postage prepaid, and depositing them in the United States Mail Chute at 9700 West Higgins Road, Rosemont, Illinois 60018 on the 28th day of January, 2009, before the hour of 5:00 o'clock p.m.

/s/ _____
John E. Gierum

Attorneys for Debtor and Debtor in Possession:

John E. Gierum, Esq.
GIERUM & MANTAS
9700 West Higgins Road
Suite 1015
Rosemont, IL 60018
847/318-9130
Atty. No. 0951803

# SERVICE LIST

## Case No. 06-13035

David O. Yuen, Esq.
TRESSLER, SODERSTROM,
MALONEY & PRIESS, LLP
223 South Wacker Drive
22nd Floor
Chicago, IL 60606-6399

TVO Acquisition Corporation
2540 South 50th Avenue
Cicero, IL 60804

U.S. Bankruptcy Court
Eastern Division
219 South Dearborn, 7th Floor
Chicago, IL 60604

A-1 Sanitary Rag
3168 South River Road, Ste. 25
Des Plaines, IL 60018

A-Pac Mfg. Co.
2719 Courier NW
Grand Rapids, MI 49534

Aam-Ro Corp.
3110 South 78th Avenue
Broadview, IL 60155

Abbco Industries
675 Greenleaf Avenue
Elk Grove, IL 60007

Advance Grinding Service, Inc.
4828 South Lawndale Avenue
McCook, IL 60525

AmeriGas-Cicero
3501 S. Cicero Avenue
Cicero, IL 60804

American Industrial Service
2221 West Oakdale Avenue
Chicago, IL 60618

Angle Company
7908 West Grand Avenue
Elmwood Park, IL 60707

Associate Area Counsel, SB/SE
District Counsel, IRS
200 W. Adams St., Ste. 2300
Chicago, IL 60606-5208

Associated Agencies
1701 Golf Road
Tower 3, 7th Floor
Rolling Meadows, IL 60008

Automotive Containment
P.O. Box 267
Lincoln, AL 35096

Avaya, Inc.
P.O. Box 5125
Carol Stream, IL 60197

Balcazar Trucking
2818 192nd Street
Lansing, IL 60438

Banner Service Corporation
P.O. Box 88485
Chicago, IL 60680

Bekaert Corporation
E Pine & Lake Streets
P.O. Box 608
Orrville, OH 44667-0608

Bekaert Corporation
P.O. Box 101280
Atlanta, GA 30392-1280

Bluestar Energy Service, Inc.
14034 Collections Center Drive
Chicago, IL 60693

CNB Sales
6300 Ridgelea Place, Suite 320
Fort Worth, TX 76116

Central Steel & Wire
1154 Momentum Place
Chicago, IL 60687

Chem-Plate Industries, Inc.
1800 Touhy Avenue
Elk Grove Village, IL 60007

Chicago Hi-Speed Tool
5480 North Elston Avenue
Chicago, IL 60630

Cincinnati Tool Steel Company
201 Stanley Street
Elk Grove Village, IL 60007

DNV Certification
16340 Park Ten Place
Suite 100
Houston, TX 77084

Danka Office Imaging
4388 Collections Center
Chicago, IL 60693

Internal Revenue Service
Centralized Insolvency
Operations
P.O. Box 21126
Philadelphia, PA 19114-0326

Earl M. Jorgensen Co.
75 Remittance Drive
Suite 6477
Chicago, IL 60675-6477

FPM Heat Treating, LLC
1715 Momemtum Place
Chicago, IL 60689-5317
Frank F. Kucera
1800 South Laramie Avenue
Cicero, IL 60804

Harding, Inc.
One Harding Place
Elmirea, NY 14902

Hi-Temp, Inc.
75 East Lake Street
Northlake, IL 60164

Michael D. Lesiak, CFO
Hi-Temp, LLC.
75 East Lake Street
Northlake, IL 60164

Intera Systems, Inc.
18000 Jefferson Park
Suite 102
Cleveland, OH 44130

Itasca Bank & Trust Company
308 West Irving Park Road
Itasca, IL 60143

John E. Waters & Company
123 North Wacker Drive
Suite 1550
Chicago, IL 60606

Kut-Kite Tool Co.
1539 Brandy Parkway
Streamwood, IL 60107

Label Tech, Inc.
P.O. Box 94048
Washington, MI 48094

MRI Lincoln Imaging Center
P.O. Box 2957
Carol Stream, IL 60132

MSI Testing
P.O. Box 1098
Melrose Park, IL 60161

Major Wire Incorporated
7014 West Cullom Avenue
Norridge, IL 60706-1397

Mark 20 Business Supply
50 Barney Drive
Joliet, IL 60435

Matis, Inc.
P.O. Box 1437
Broadview, IL 60455

McMaster-Carr Supply Company
P.O. Box 7690
Chicago, IL 60680-7690

Motion Industries, Inc.
P.O. Box 98412
Chicago, IL 60693

NNT Corporation
1320 Norwood Avenue
Itasca, IL 60143-1127

National Distribution, Inc.
130 Schmidtt Boulevard
Farmingdale, NY 11735

Office Equipment Sales
5319 West 25th Street
Cicero, IL 60803

Ogleetree, Deakins, Nasa, Smoak
Two First National Plaza
25th Floor
Chicago, IL 60603

One Source
650 West Grand Avenue
Elmhurst, IL 60126

Brad Rogers
Pension Benefit Guaranty Corp.
1200 K Street, NW
Washington, DC 20005-4026

Perkins Products
7025 West 66th Place
Bedford Park, IL 60638

R & S Used Oil Services
P.O. Box 1177
Frankfort, IL 60423

React Computer Services
612 Executive Drive
Willowbrook, IL 60527

Revere Electric Supply
135 South LaSalle Street
Dept. 3866
Chicago, IL 60674

Riverdale Plating & Heat Treating, Inc.
689 West 134th Street
Riverdale, IL 60827-1194

Roy Strom Refuse
1201 Greenwood Avenue
P.O. Box 428
Maywood, IL 60153

S/B Robohand (Kiser Control)
P.O. Box 5940
Dept. 20 - Kis-001
Carol Stream, IL 60197

Schmidt Cartage, Inc.
1625 Hunter Court
Hanover Park, IL 60103

Scientific Metal Treating
106 Chancellor Drive
Roselle, IL 60172

Sterling Die
5565 Venture Drive, Unit D
Parma, OH 44130

Standex Machine Tools, Inc.
19152 South Blackhawk Park
No. 45N
Mokena, IL 60448

Stephen Wolbarst
16130 Carden Drive
Odessa, FL 33556

Sterling Die, Inc.
36825 Eagle Way
Chicago, IL 60678-1368

Taubensee Steel & Wire
P.O. Box 97616
Chicago, IL 60676

Teeling & Gallagher
P.O. Box 20111
Indianapolis, IN 46220

Thomas Publishing Company
Dept. CH 34193
Palatine, IL 60055

Three J's Industries, Inc.
701 Landmeier Road
Elk Grove, IL 60007

Unemployment Consultant
55 South Vail
#1102
Arlington Heights, IL 60005

Unicare
22234 Network Place
Chicago, IL 60673-1222

United States Attorney
219 South Dearborn Street
Chicago, IL 60604

United Steelworkers of America
8910 South Harlem Avenue
Bridgeview, IL 60455

West Precision Tool
447 South Evergreen
Bensenville, IL 60106

Whitesell/Profile Steel
22100 Trolley Industrial
Taylor, MI 48180

William T. Neary
Office of the U.S. Trustee
Region 11
227 West Monroe Street
Suite 3350
Chicago, IL 60606

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | IN PROCEEDINGS FOR |
| | ) | REORGANIZATION UNDER |
| TVO ACQUISITION CORPORATION, | ) | CHAPTER 11 OF THE |
| d/b/a John Gillen Company | ) | BANKRUPTCY CODE |
| | ) | |
| Debtor and | ) | Case No. 06-13035 |
| Debtor in Possession | ) | Honorable Eugene R. Wedoff |

### APPLICATION TO CLOSE CASE

The application of TVO ACQUISITION CORPORATION, d/b/a John Gillen Company, Debtor and Debtor in Possession, by its attorneys, JOHN E. GIERUM and GIERUM & MANTAS, respectfully state as follows:

1. The terms and conditions of the confirmed Plan of Reorganization of the Applicant have been fully complied with to date.

2. The duly authorized disbursing agent as provided for in the Debtor's confirmed Plan has received all deposits contemplated by the Plan to date and has disbursed all such funds as disbursing agent in the matter of TVO ACQUISITION CORPORATION, d/b/a John Gillen Company.

3. The Debtor, TVO ACQUISITION CORPORATION, d/b/a John Gillen Company, through its attorneys, respectfully states to this Court that this chapter proceeding has been fully administered, except for long-term secured debt.

**WHEREFORE**, pursuant to Bankruptcy Rules 5009, 3022 and §350(a) of the Bankruptcy Code, Applicant herein prays that this Court enter an order closing this case.

TVO ACQUISITION CORPORATION, d/b/a John Gillen Company, Debtor and Debtor in Possession

By: /s/ _____
John E. Gierum

John E. Gierum, Esq.
GIERUM & MANTAS
9700 West Higgins Road, Suite 1015
Rosemont, IL 60018
847/318-9130
Atty. No. 0951803