IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | IN PROCEEDINGS FOR |
| | ) | REORGANIZATION UNDER |
| TVO ACQUISITION CORPORATION, | ) | CHAPTER 11 OF THE |
| d/b/a John Gillen Company | ) | BANKRUPTCY CODE |
| | ) | |
| Debtor and | ) | Case No. 06-13035 |
| Debtor in Possession | ) | Honorable Eugene R. Wedoff |

### ORDER FOR FINAL DECREE

Upon the Application of TVO ACQUISITION CORPORATION, d/b/a John Gillen Company, Debtor and Debtor in Possession, to close the Chapter 11 case, due notice having been given, and the court having considered the Application of the Debtor for the cause shown, all deposits required by the Plan having been made and distributed;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that pursuant to 11 U.S.C. 350(a) and Bankruptcy Rules 3022 and 5009, the Chapter 11 Case of TVO ACQUISITION CORPORATION, d/b/a John Gillen Company, Debtor and Debtor in Possession, is closed.

ENTER:

_____
Eugene R. Wedoff
Bankruptcy Judge

Prepared by:

John E. Gierum, Esq.
GIERUM & MANTAS
9700 West Higgins Road
Suite 1015
Rosemont, IL 60018
847/318-9130
Atty. No. 0951803