**FILED**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MAR - 4 2009

EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

In re:                              )
                                    )
                                    )   Case No. 06 B 13035
TVO ACQUISITION CORPORATION         )
d/b/a John Gillen Company           )
                                    )
                                    )   Chapter 11
                                    )
Debtor.                             )
                                    )

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO JOHN E. GIERUM, GIERUM & MANTAS, ATTORNEYS FOR THE DEBTOR, FOR ALLOWANCE AND PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $26,898.50 | TOTAL COSTS REQUESTED: | $858.90 |
| TOTAL FEES REDUCED: | $4,780.00 | TOTAL COSTS REDUCED: | $0.00 |
| TOTAL FEES ALLOWED: | $22,118.50 | TOTAL COSTS ALLOWED: | $858.90 |

**TOTAL FEES AND COSTS ALLOWED: $22,977.40**

THE COURT HAS MARKED THE ATTACHED TIME AND EXPENSE ENTRIES THAT HAVE BEEN DISALLOWED IN WHOLE OR IN PART. THE BASIS FOR EACH DISALLOWANCE IS DISCLOSED BY THE NUMERICAL NOTATION THAT APPEARS ON THE LEFT SIDE OF EACH HIGHLIGHTED ENTRY. THE NUMERICAL NOTATIONS REFER TO THE ENUMERATED PARAGRAPHS BELOW.

(1)  **Unreasonable Time**
The Court denies the allowance in part of compensation for the following task since the professional or paraprofessional expended an unreasonable amount of time on this task in light of the nature of the task, the experience and knowledge of the professional performing the task, and the amount of time previously expended by the professional or another on the task. *In re Pettibone*, 74 B.R. 293, 306 (Bankr. N.D. Ill. 1987) ("The Court will determine what is the reasonable amount of time an attorney should have to spend on a given project... An attorney should not be rewarded for inefficiency. Similarly, attorneys will not be fully compensated for spending an unreasonable number of hours on activities of little benefit to the estate."); *In re Wildman*, 72 B.R. 700, 713 (Bankr. N.D. Ill. 1987) (same).
As to the time devoted to the preparation of the fee application itself, the Court denies the allowance of compensation that is disproportionate to the total hours in the main case. *In re Wildman*, 72 B.R. 700, 711 (Bankr. N.D. Ill. 1987) ("In the absence of unusual circumstances, the hours allowed by this Court for preparing and litigating the attorney fee application should not exceed three percent of the total hours in the main case."); *In re Spanjer Bros., Inc.*, 203 B.R. 85, 93 (Bankr. N.D. Ill. 1996) (compensation limited to 5%). *See also In re Pettibone Corp.*, 74 B.R. 293, 304 (Bankr. N.D. Ill. 1987) (citing *Coulter v. State of Tennessee*, 805 F.2d 146, 151 (6th Cir. 1986) (in non-bankruptcy cases, compensation for preparation and litigation of fee petitions limited to 3-5% of the hours of the main case)).

(2)  **Insufficient Description**
The Court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (same).

1

**(3)     Lumping**

The Court may impose a ten percent penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

**(4)     Clerical Work Not Compensable**

The court disallows the compensation of clerical or stenographic employees of the professional for the performance of routine clerical or administrative activities in the normal course of the professional's business, such as photocopying, secretarial work, or routine filing. Such activities are not in the nature of professional services and must be absorbed by the applicant's firm as an overhead expense. *In re Dimas, LLC*, 357 B.R. 563, 577 (Bankr. N.D. Cal. 2006) (citing *Missouri v. Jenkins*, 491 U.S. 274, 288 n. 10 (1989)). *See also In re Chellino*, 209 B.R. 106, 114 (Bankr. C.D. Ill. 1996) (Paralegal, but not "clerk" services entitled to compensation at an hourly rate; clerk activities are overhead of the professional); *Souza v. Miguel*, 32 F.3d 1370, 1375 (9th Cir. 1994) (Trustee not entitled to reimbursement or compensation of overhead expenses such as secretarial, stenographic, clerical, and routine messenger services).

Dated: March 4, 2009

Eugene R. Wedoff
United States Bankruptcy Judge

| 2/24/2009 | | Gierum & Mantas | | | |
|---|---|---|---|---|---|
| 3:27 PM | | Pre-bill Worksheet | | | Page    1 |

### Selection Criteria

| Clie.Selection | Include: TVOAcq1.001 |
|---|---|

| Nickname | TVOAcq1.001 | 100968 |
|---|---|
| Full Name | TVO Acquisitions, d/b/a John Gillen Company |
| Address | |
| Phone | Fax |
| Home | Other |
| In Ref To | Chapter 11 |
| Fees Arrg. | By billing value on each slip |
| Expense Arrg. | By billing value on each slip |
| Tax Profile | Exempt |
| Last bill | 1/26/2009 |
| Last charge | 1/23/2009 |
| Last payment | 1/31/2008    Amount    $1,550.80 |

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 7/17/2007 26120 | John time charges Telephone conference with Susan and Tom O'Neill regarding status and in particular PBGC - collecting data | 400.00 | 0.20 | 80.00 | Billable |
| 7/17/2007 26121 | John time charges File Monthly Operating Report | 400.00 | 0.20 | 80.00 | Billable #4 |
| 7/24/2007 26164 | John time charges In Court regarding status of plan and disclosure statement, status explained and status continued to later date | 400.00 | 2.00 | 800.00 | Billable cut to #1 $600 |
| 8/27/2007 26865 | John time charges Prepare Operating Report for filing July | 400.00 | 0.20 | 80.00 | Billable |
| 8/30/2007 26890 | John time charges File July operating report | 400.00 | 0.10 | 40.00 | Billable #4 |
| 9/20/2007 26981 | John time charges File August 07 Operating Report | 400.00 | 0.20 | 80.00 | Billable #4 |
| 10/17/2007 27122 | John time charges File September 07 operating report | 400.00 | 0.20 | 80.00 | Billable #4 |

REVISED ENTRIES

2/24/2009  
3:27 PM

Gierum & Mantas  
Pre-bill Worksheet

Page  2

TVOAcq1.001:TVO Acquisitions, d/b/a John Gillen Company (continued)

| Date<br>ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 10/30/2007<br>27187 | John<br>time charges<br>Telephone conference with Tom O'Neill regarding status in detail and 11/14 court date | 400.00 | 0.20 | 80.00 | Billable |
| 11/4/2007<br>27213 | John<br>time charges<br>Prepare three Applications to Pay Greenberg and related | 400.00 | 1.00 | 400.00 | Billable |
| 11/4/2007<br>27216 | John<br>time charges<br>Work on G&M Fee Petition and related | 400.00 | 2.50 | 1,000.00 | Billable |
| 11/7/2007<br>27232 | John<br>time charges<br>Execute and send out 2 fee petitions and file same | 400.00 | 1.00 | 400.00 | Billable |
| 11/12/2007<br>31682 | John<br>time charges<br>Telephone conference with David Strosnider - left detailed message | 400.00 | 0.10<br>0.10 | 40.00<br>40.00 | No Charge |
| 11/12/2007<br>27255 | John<br>time charges<br>Telephone conference with O'Neill regarding extras and US Trustee quarterly fees - ok not to pay at this time | 400.00 | 0.30 | 120.00 | Billable |
| 11/13/2007<br>27277 | John<br>time charges<br>Follow up telephone conference with Tom regarding court tomorrow | 400.00 | 0.10 | 40.00 | Billable |
| 11/13/2007<br>27267 | John<br>time charges<br>Telephone conference with Strosnider regarding PBGC status and options in depth | 400.00 | 0.30 | 120.00 | Billable |
| 11/14/2007<br>27278 | John<br>time charges<br>In Court regarding status of plan and disclosure statement, advised PBGC issues and reset to later date | 400.00 | 1.50 | 600.00 | Billable |
| 11/20/2007<br>27307 | John<br>time charges<br>Prepare November Operating Report for filing | 400.00 | 0.30 | 120.00 | Billable |
| 11/20/2007<br>27311 | John<br>time charges<br>Telephone conference with client regarding status in depth | 400.00 | 0.20 | 80.00 | Billable |
| 11/21/2007<br>27317 | John<br>time charges<br>File 10/07 Operating Report | 400.00 | 0.20 | 80.00 | Billable |

#4

2/24/2009
3:27 PM

Glerum & Mantas
Pre-bill Worksheet

Page 3

TVOAcq1.001:TVO Acquisitions, d/b/a John Gillen Company (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 11/27/2007 27344 | John time charges Telephone conference with Strosnider and do letter regarding status | 400.00 | 0.20 | 80.00 | Billable |
| 11/28/2007 27353 | John time charges Two telephone conferences with Cohen regarding cover court call providing detailed information to him | 400.00 | 0.60 | 240.00 | Billable |
| 11/28/2007 31683 | John time charges Receive Court Order plus execute checks and send same out | 400.00 | 0.40 | 160.00 | Billable |
| 12/10/2007 27619 | John time charges Telephone conference with Susan G. ad fax fee order to her | 400.00 | 0.20 | 80.00 | Billable |
| 12/13/2007 27647 | John time charges Telephone conference with client Brad Rogers regarding status of PBGC position | 400.00 | 0.20 | 80.00 | Billable |
| 12/14/2007 27653 | John time charges Prepare November 2007 Operating Report for filing and respond to status email with O'Neill | 400.00 | 0.50 | 200.00 | Billable |
| 12/15/2007 27661 | John time charges File 11/07 Operating Report | 400.00 | 0.20 | 80.00 | Billable |
| 12/20/2007 27704 | John time charges Telephone conference with attorney in Minnesota regarding settlement of claims against each others Ch. 11 | 400.00 | 0.50 | 200.00 | Billable |
| 1/2/2008 27751 | John time charges Two telephone conferences with Tom O'Neill regarding Strosnider issue | 400.00 | 0.20 | 80.00 | Billable |
| 1/3/2008 27765 | John time charges Telephone conference with Brad Rogers regarding status and position for court next week | 400.00 | 0.30 | 120.00 | Billable |
| 1/3/2008 27759 | John time charges Telephone conference with Gensberg regarding Strosnider status and case status - he to follow up | 400.00 | 0.20 | 80.00 | Billable |

2/24/2009  
3:27 PM

Gierum & Mantas  
Pre-bill Worksheet

Page    5

TVOAcq1.001:TVO Acquisitions, d/b/a John Gillen Company (continued)

| Date<br>ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 2/4/2008<br>27987 | John<br>time charges<br>Telephone conference with Tom O'Neill regarding status and latest with PBGC | 400.00 | 0.10 | 40.00 | Billable |
| 2/7/2008<br>28007 | John<br>time charges<br>Do fax to client regarding PBGC doc request from phone call with Brad Rogers | 400.00 | 0.20 | 80.00 | Billable<br>#4 |
| 2/13/2008<br>28084 | John<br>time charges<br>Conference with Gretchen Silver regarding status | 400.00 | 0.20 | 80.00 | Billable |
| 2/14/2008<br>28081 | John<br>time charges<br>File two Operating Reports online | 400.00 | 0.30 | 120.00 | Billable<br>#4 |
| 2/18/2008<br>28262 | John<br>time charges<br>Resend PBGC fax letter and telephone conference with client to discuss and work on options | 400.00 | 0.70 | 280.00 | Billable<br>#4 reduced $200 |
| 2/20/2008<br>31686 | John<br>time charges<br>Prepared proposed PBGC plan treatment | 400.00 | 0.20 | 80.00 | Billable |
| 2/20/2008<br>31685 | John<br>time charges<br>Extended telephone conference with client regarding PBGC plan treatment options to review numbers and options | 400.00 | 0.30 | 120.00 | Billable |
| 2/20/2008<br>28278 | John<br>time charges<br>Telephone conference with Brad Rogers regarding PBGC plan treatment | 400.00 | 0.20 | 80.00 | Billable |
| 2/21/2008<br>28281 | John<br>time charges<br>Fax PBGC proposed draft to client | 400.00 | 0.20 | 80.00 | Billable<br>#4 |
| 2/25/2008<br>28317 | John<br>time charges<br>Two emails with Gretchen Silver regarding status in preparation of Court date | 400.00 | 0.20 | 80.00 | Billable |
| 2/25/2008<br>31687 | John<br>time charges<br>Extended telephone conference with O'Neill regarding proposal made to PBGC and counter proposal authority | 400.00 | 0.30 | 120.00 | Billable |

2/24/2009
3:27 PM

Gierum & Mantas
Pre-bill Worksheet

Page    6

TVOAcq1.001:TVO Acquisitions, d/b/a John Gillen Company (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 2/27/2008 31667 | John time charges Draft order, circulate to US Trustee for comment and send to Court | 400.00 | 1.00 | 400.00 | Billable |
| 2/27/2008 28325 | John time charges In Court regarding status of confirmation of plan and US Trustee Motion to Dismiss or Convert, reset to later date | 400.00 | 3.00 | 1,200.00 | Billable |
| 3/10/2008 28395 | John time charges Return telephone conference with client - left message | 400.00 | 0.10 | 40.00 | Billable |
| 3/13/2008 28416 | John time charges Telephone conference with Brad Rogers regarding status - answer next week | 400.00 | 0.20 | 80.00 | Billable |
| 3/15/2008 28475 | John time charges Prepare February 2008 Operating Report for filing | 400.00 | 0.10 | 40.00 | Billable |
| 3/18/2008 28506 | John time charges Work on Operating Report Summary | 400.00 | 0.30 | 120.00 | Billable |
| 3/20/2008 31390 | John time charges Extensive telephone conference with Brad Rogers regarding status | 400.00 | 0.30 | 120.00 | Billable |
| 3/25/2008 28556 | John time charges Telephone conference with Tom O'Neill regarding status of PBGC | 400.00 | 0.10 | 40.00 | Billable |
| 4/4/2008 28860 | John time charges Do email to client regarding PBGC issues | 400.00 | 0.20 | 80.00 | Billable |
| 4/9/2008 28884 | John time charges In court regarding status of plan and disclosure statement and US Trustee Motion to Dismiss or Convert - reset to later date | 400.00 | 2.00 | 800.00 | Billable |
| 4/16/2008 28936 | John time charges Prepare Operating Report for filing | 400.00 | 0.10 | 40.00 | Billable |
| 4/17/2008 28946 | John time charges Review client fax regarding PBGC proposal | 400.00 | 0.20 | 80.00 | Billable |

Handwritten annotations: "#2" near 3/13/2008 row; "#1 advised to $600" near 4/9/2008 row.

2/24/2009
3:27 PM

Gierum & Mantas
Pre-bill Worksheet

Page    8

TVOAcq1.001:TVO Acquisitions, d/b/a John Gillen Company (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 5/30/2008 29248 | John time charges Work on Amended Plan and Disclosure Statement and Exhibit C | 400.00 | 2.00 | 800.00 | Billable |
| 6/2/2008 29268 | John time charges Telephone conference with Susan regarding need 09 and revised 08 projections | 400.00 | 0.20 | 80.00 | Billable |
| 6/9/2008 29318 | John time charges Telephone conference with client regarding projections | 400.00 | 0.10 | 40.00 | Billable |
| 6/10/2008 29330 | John time charges Email to Gretchen regarding continued three weeks and telephone conference with Brad Rogers | 400.00 | 0.40 | 160.00 | Billable |
| 6/16/2008 29373 | John time charges Prepare May Operating Report for filing | 400.00 | 0.20 | 80.00 | Billable |
| 6/23/2008 29428 | John time charges Telephone conference with creditor regarding status of case in detail plus timeline for confirmation | 400.00 | 0.10 | 40.00 | Billable |
| 6/26/2008 29459 | John time charges Work on amended Plan and Disclosure regarding latest request of PBGC - split claim | 400.00 | 1.50 | 600.00 | Billable |
| 7/3/2008 29495 | John time charges Send out Plan and Disclosure Statement | 400.00 | 0.50 | 200.00 | Billable #4 |
| 7/7/2008 29512 | John time charges Telephone conference with Brad Rogers and amend plan | 400.00 | 1.00 | 400.00 | Billable #3  10% |
| 7/8/2008 29533 | John time charges Review and respond to Gretchen Silver's email | 400.00 | 0.30 | 120.00 | Billable |
| 7/10/2008 29547 | John time charges File May 2008 Operating Report | 400.00 | 0.10 | 40.00 | Billable #4 |
| 7/14/2008 31415 | John time charges Prepare June Operating Report for filing | 400.00 | 0.10 | 40.00 | Billable |

2/24/2009
3:27 PM

**Gierum & Mantas**
**Pre-bill Worksheet**

Page    9

TVOAcq1.001:TVO Acquisitions, d/b/a John Gillen Company (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total Billable |
|---|---|---|---|---|---|
| 7/15/2008 29689 | John time charges<br>In Court regarding status of plan and disclosure statement, Motion of US Trustee to Dismiss or Convert, confirmation schedule set | 400.00 | 3.00 | 1,200.00 | Billable #1 reduced to $1,000 |
| 7/16/2008 29707 | John time charges<br>Draft Confirmation Notice of Hearing, Ballot for Confirmation Hearing | 400.00 | 0.50 | 200.00 | Billable |
| 7/22/2008 29750 | John time charges<br>Telephone conference with US Trustee regarding confirmation details and Order setting same | 400.00 | 0.20 | 80.00 | Billable |
| 7/22/2008 31669 | John time charges<br>Draft Order setting confirmation | 400.00 | 0.10 | 40.00 | Billable |
| 7/23/2008 29765 | John time charges<br>Telephone conference with O'Neill regarding status and run new number | 400.00 | 0.30 | 120.00 | Billable |
| 7/25/2008 29778 | John time charges<br>Locate order setting hearing and send all to printer after telephone conference with him regarding details | 400.00 | 0.70 | 280.00 | Billable |
| 7/30/2008 29803 | John time charges<br>Telephone conference with O'Neill regarding plan provisions | 400.00 | 0.20 | 80.00 | Billable |
| 7/31/2008 29811 | John time charges<br>Extended call with Tom O'Neill regarding Plan provisions in depth | 400.00 | 0.30 | 120.00 | Billable |
| 8/12/2008 30085 | John time charges<br>Telephone conference with Tom O'Neill regarding bank issues ok | 400.00 | 0.20 | 80.00 | Billable |
| 8/14/2008 30128 | John time charges<br>Prepare Operating Report for July for filing | 400.00 | 0.10 | 40.00 | Billable |
| 8/17/2008 30136 | John time charges<br>File 2 Operating Reports | 400.00 | 0.20 | 80.00 | Billable |
| 8/27/2008 30229 | John time charges<br>Telephone conference with Brad Rogers (2) regarding Motion and timing on termination | 400.00 | 0.30 | 120.00 | #4 Billable |

| | | | | | |
|---|---|---|---|---|---|
| 2/24/2009 | | Gierum & Mantas | | | |
| 3:27 PM | | Pre-bill Worksheet | | | Page 10 |

**TVOAcq1.001;TVO Acquisitions, d/b/a John Gillen Company (continued)**

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 8/28/2008 30244 | John time charges<br>Telephone conference with Tom O'Neill regarding voting and case status | 400.00 | 0.20 | 80.00 | Billable |
| 9/8/2008 30422 | John time charges<br>Draft Motion to Approve Distress Termination of Pension Plans and related pleadings | 400.00 | 1.50 | 600.00 | Billable |
| 9/8/2008 31671 | John time charges<br>Telephone conference with Actuary and PBGC special counsel for needed input for Motion to Approve Distress Termination | 400.00 | 0.20 | 80.00 | Billable |
| 9/8/2008 31670 | John time charges<br>Two telephone conferences with client regarding information needed for Motion to Approve Distress Termination | 400.00 | 0.30 | 120.00 | Billable |
| 9/10/2008 30434 | John time charges<br>File Motion Distress Termination | 400.00 | 0.20 | 80.00 | Billable |
| 9/16/2008 30469 | John time charges<br>Telephone conference with client regarding 60 days notice to union and employees | 400.00 | 0.20 | 80.00 | Billable |
| 9/16/2008 31690 | John time charges<br>Two telephone conferences with Brad Rogers of PBGC regarding PBGC position | 400.00 | 0.30 | 120.00 | Billable |
| 9/17/2008 31693 | John time charges<br>Telephone conference with Union attorney - left message | 400.00 | 0.10<br>0.10 | 40.00<br>40.00 | No Charge |
| 9/17/2008 31692 | John time charges<br>Review letter received from union and their issue with plan treatment | 400.00 | 0.10 | 40.00 | Billable |
| 9/17/2008 31691 | John time charges<br>Telephone conference with client regarding information required in 60 days letter to pension plan participants | 400.00 | 0.10 | 40.00 | Billable |
| 9/17/2008 30475 | John time charges<br>Telephone conference with Brad Rogers regarding PBGC plan treatment and upcoming court status | 400.00 | 0.10 | 40.00 | Billable |

| 2/24/2009 | | Gierum & Mantas | | | |
| 3:27 PM | | Pre-bill Worksheet | | | Page 11 |

TVOAcq1.001:TVO Acquisitions, d/b/a John Gillen Company (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 9/18/2008 30483 | John time charges Review and send 60 day Termination Letter draft to client | 400.00 | 0.30 | 120.00 | Billable |
| 9/18/2008 30484 | John time charges Conference call with Union attorneys in Pittsburgh and Chicago regarding get time to make and advise client | 400.00 | 0.50 | 200.00 | Billable |
| 9/18/2008 30485 | John time charges Telephone conference with Brad Rogers regarding status and 9/30 activity scenario | 400.00 | 0.10 | 40.00 | Billable |
| 9/18/2008 31672 | John time charges Telephone conference with client to review 60 day Letter in detail | 400.00 | 0.20 | 80.00 | Billable |
| 9/24/2008 30531 | John time charges Telephone conference with Brad Rogers regarding 9/30 court date | 400.00 | 0.20 | 80.00 | Billable |
| 9/29/2008 30553 | John time charges Telephone conference with Gretchen Silver regarding status of case and business losing money | 400.00 | 0.30 | 120.00 | Billable |
| 9/29/2008 31694 | John time charges Telephone conference with client regarding case status and in particular losing money issue - client to research issue and advise | 400.00 | 0.20 | 80.00 | Billable |
| 9/30/2008 30558 | John time charges In court regarding confirmation hearing, Distress Termination, Motion of US Trustee to Dismiss or Convert - reset | 400.00 | 3.00 | 1,200.00 | Billable reduced to $1,500 |
| 9/30/2008 31673 | John time charges Conference with counsel for PBGC regarding need to get formal approval asap | 400.00 | 0.10 0.10 | 40.00 40.00 | No Charge |
| 10/10/2008 30626 | John time charges Telephone conference with Sirus regarding all issues and need his input and telephone conference with Susan | 400.00 | 0.20 | 80.00 | Billable |
| 10/11/2008 30833 | John time charges Send 60 day notice to Sirus and letter to Yuen regarding fees | 400.00 | 0.20 | 80.00 | Billable |

| 2/24/2009<br>3:27 PM | | Glerum & Mantas<br>Pre-bill Worksheet | | | Page 12 |
|---|---|---|---|---|---|

TVOAcq1.001:TVO Acquisitions, d/b/a John Gillen Company (continued)

| Date<br>ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 11/6/2008<br>31179 | John<br>time charges<br>Telephone conference with Tom O'Neill, principal of Debtor, regarding need Special Counsel Sirus to proceed on his end with termination information for PBGC | 400.00 | 0.10 | 40.00 | Billable |
| 11/7/2008<br>31180 | John<br>time charges<br>Telephone conference with O'Neill regarding must talk to Special Agent Sirus to move on PBGC issues | 400.00 | 0.10 | 40.00 | Billable |
| 11/9/2008<br>31181 | John<br>time charges<br>File two Operating Reports | 400.00 | 0.30 | 120.00 | Billable<br>#4 |
| 11/12/2008<br>31182 | John<br>time charges<br>Telephone conference with client regarding Union issues and explore options to resolve | 400.00 | 0.10 | 40.00 | Billable |
| 11/12/2008<br>31695 | John<br>time charges<br>Telephone conference with Attorney for Union regarding financial issue and options available - he to follow up with his client | 400.00 | 0.10 | 40.00 | Billable |
| 11/13/2008<br>31183 | John<br>time charges<br>Review email from client on cash flow analysis request by Office of US Trustee | 400.00 | 0.20 | 80.00 | Billable |
| 11/13/2008<br>31674 | John<br>time charges<br>Telephone conference with client to discuss response to US Trustee on cash flow | 400.00 | 0.10 | 40.00 | Billable |
| 11/14/2008<br>31184 | John<br>time charges<br>Telephone conference with client regarding why cash flow is ok | 400.00 | 0.10 | 40.00 | Billable |
| 11/24/2008<br>31185 | John<br>time charges<br>Telephone conference with O'Neill and Dave Yuen - left message regarding pay admin expenses | 400.00 | 0.20 | 80.00 | Billable |
| 11/24/2008<br>31186 | John<br>time charges<br>File most recent Operating Report | 400.00 | 0.10 | 40.00 | Billable<br>#4 |

| 2/24/2009 | | Gierum & Mantas | | | | |
| 3:27 PM | | Pre-bill Worksheet | | | | Page 13 |

TVOAcq1.001:TVO Acquisitions, d/b/a John Gillon Company (continued)

| Date | Attorney | Rate | Hours | Amount | Total |
|---|---|---|---|---|---|
| ID | Task | Markup % | DNB Time | DNB Amt | |
| 11/26/2008 | John | 400.00 | 0.20 | 80.00 | Billable |
| | 31187 time charges | | | | |
| | Two telephone conferences with client regarding status of bank funding of plan payments; Client to follow up with bank | | | | |
| 12/1/2008 | John | 400.00 | 0.20 | 80.00 | Billable |
| | 31676 time charges | | | | |
| | Telephone conference with attorney for PBGC regarding court appearance and status of all issues | | | | |
| 12/1/2008 | John | 400.00 | 0.10 | 40.00 | Billable |
| | 31675 time charges | | | | |
| | Telephone conference with Special Counsel regarding status of information to PBGC | | | | |
| 12/1/2008 | John | 400.00 | 0.20 | 80.00 | Billable |
| | 31677 time charges | | | | |
| | Telephone conference with attorney for Union on status of resolution of their issue | | | | |
| 12/1/2008 | John | 400.00 | 0.20 | 80.00 | Billable |
| | 31188 time charges | | | | |
| | Telephone conference with client regarding bank loan status and reasons | | | | |
| 12/2/2008 | John | 400.00 | 1.00 | 400.00 | Billable |
| | 31678 time charges | | | | |
| | Conference with Attorney for US Trustee, Union and PBGC regarding status of all issues plus negotiate treatment | | | | |
| 12/2/2008 | John | 400.00 | 2.00 | 800.00 | Billable reduced |
| | 31189 time charges | | | | #1  $400 |
| | In Court on confirmation and distress termination - continued as all not on board yet | | | | |
| 12/16/2008 | John | 400.00 | 0.10 | 40.00 | Billable |
| | 31190 time charges | | | | |
| | File November Operating Report | | | | |
| 12/18/2008 | John | 400.00 | 0.30 | 120.00 | Billable |
| | 31191 time charges | | | | |
| | Telephone conference with client and Jury regarding bank letters and union PBGC documents | | | | |
| 12/19/2008 | John | 400.00 | 0.10 | 40.00 | Billable |
| | 31192 time charges | | | | |
| | Two telephone conferences with PBGC Special Counsel wherein left detailed message for status report | | | | |

2/24/2009
3:27 PM

Gierum & Mantas
Pre-bill Worksheet

Page    14

TVOAcq1.001:TVO Acquisitions, d/b/a John Gillen Company (continued)

| Date<br>ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 12/22/2008<br>31696 | John<br>time charges<br>Extended telephone conference with Richard Sirus regarding 60 day termination letter and PBGC distress termination requirements | 400.00 | 0.70 | 280.00 | Billable |
| 12/22/2008<br>31697 | John<br>time charges<br>Prepare letter in detail to attorney for Union including various financial information | 400.00 | 0.20 | 80.00 | Billable |
| 12/22/2008<br>31193 | John<br>time charges<br>Telephone conference with Sirus - left message | 400.00 | 0.10 | 40.00 | Billable |
| 12/29/2008<br>31194 | John<br>time charges<br>Telephone conference with O'Neill regarding status PBGC, union, Sirus and bank loan | 400.00 | 0.20 | 80.00 | Billable |
| 12/30/2008<br>31195 | John<br>time charges<br>Telephone conference with Sirus regarding PBGC form and bank loan status | 400.00 | 0.10 | 40.00 | Billable |
| 1/7/2009<br>31196 | John<br>time charges<br>Telephone conference with Michelle Kauppila and locate and fax various documents to her; Telephone conference with client to advise | 400.00 | 0.50 | 200.00 | Billable |
| 1/13/2009<br>31679 | John<br>time charges<br>Telephone conference with Union attorney regarding their acceptance of offer | 400.00 | 0.10 | 40.00 | Billable |
| 1/13/2009<br>31680 | John<br>time charges<br>Two e-mails to Office of US Trustee to provide status and follow-up to further questions by them | 400.00 | 0.20 | 80.00 | Billable |
| 1/13/2009<br>31197 | John<br>time charges<br>Two telephone conferences with Attorney Rogers for PBGC regarding status of Form 600 | 400.00 | 0.20 | 80.00 | Billable |
| 1/14/2009<br>31325 | John<br>time charges<br>Conference with union attorney Brad Rogers and US Trustee regarding status and in court on all matters and DOF; Telephone conference with O'Neill to advise and draft Confirm Order, etc. | 400.00 | 3.80 | 1,520.00 | Billable |

#2

#2, #3